UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELANIE CARBARY,

        Plaintiff,

vs.

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

        Defendant.
_____/

Case No. 20-CV-11292

HON. GEORGE CARAM STEEH

**ORDER ACCEPTING R&R (ECF No. 20), DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF No. 17) AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 18)**

    Plaintiff Melanie Carbary brought this action pursuant to 42 U.S.C. § 405(g), challenging the final decision of defendant Commissioner of Social Security denying her application for disability insurance benefits ("DIB") and supplemental security income ("SSI"). Both parties filed summary judgment motions that were referred to the Magistrate Judge for Report and Recommendation ("R&R"). The Magistrate Judge issued her R&R on August 19, 2021, recommending that plaintiff's motion be denied, defendant's motion be granted, and the ALJ's decision be affirmed.

    No timely objections were filed to the R&R. The court has reviewed the file, record, and Magistrate Judge's R&R. This court agrees with the

- 2 -

analysis conducted by the Magistrate Judge, and therefore accepts her recommendation.  Now, therefore,

IT IS HEREBY ORDERED that plaintiff's motion for summary judgment (ECF No. 17) is DENIED.

IT IS HEREBY FURTHER ORDERED that defendant's motion for summary judgment (ECF No. 18) is GRANTED.

IT IS HEREBY FURTHER ORDERED that judgment enter for defendant.

Dated:  September 7, 2021

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 7, 2021, by electronic and/or ordinary mail.

s/Brianna Sauve
Deputy Clerk